**Motion Denied and Order filed October 27, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00665-CV
_____

**DOV AVNI KAMINETZKY, Appellant**

**V.**

**HARRIS COUNTY APPRAISAL DISTRICT, Appellee**

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2013-12988**

---

## O R D E R

This appeal was dismissed for lack of prosecution on June 21, 2016. The panel comprised Justices William J. Boyce, Tracy Christopher, and Martha Hill Jamison. No motion for rehearing was filed. On August 22, 2016, appellant filed a motion to recuse Justice Christopher from the panel.

Rule 16 of the Texas Rules of Appellate Procedure states that the grounds for recusal are the "same as those provided in the Rules of Civil Procedure." Tex. R. App. P. 16.2. Rule 18b(2) of the Texas Rules of Civil Procedure identifies the

grounds for recusal. Tex. R. Civ. P. 18b(2); *McCullough v. Kitzman*, 50 S.W.3d 87, 88 (Tex. App.—Waco 2001, pet. denied) (order). It provides, among other matters that a judge shall recuse himself or herself in a proceeding in which the judge's impartiality might reasonably be questioned or he has a personal bias or prejudice concerning a party. Tex. R. Civ. P. 18b(2)(a), (b).

Rule 16.3 of the Texas Rules of Appellate Procedure prescribes the procedure to be followed for recusal of an appellate justice or judge:

> Before any further proceeding in the case, the challenged justice or judge must either remove himself or herself from all participation in the case or certify the matter to the entire court, which will decide the motion by a majority of the remaining judges sitting en banc. The challenged justice or judge must not sit with the remainder of the court to consider the motion as to him or her.

Tex. R. App. P. 16.3(b).

Pursuant to the procedure set forth in rule 16.3(b), upon the filing of the motion to recuse and prior to any further proceedings in this appeal, Justice Tracy Christopher found no reason to recuse herself and certified the matter to the remaining members of the court en banc. *See id.* The justices, except for Justice Christopher, then deliberated and denied the motion to recuse. Each justice found no basis for recusal. Accordingly, the motion to recuse is **DENIED**.

On August 22, 2016, appellant also filed motion to extend the time for him to file a motion for rehearing. By ruling of the panel, that motion is **DENIED**.

PER CURIAM

En Banc (Christopher, J. not participating).

Do Not Publish.

2